

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

In the Matter of JUAN JOHNSON, Plaintiff v. CITY OF CHICAGO, et al., Defendants

JUDGE GRADY

Case Number: 05 C 1042

Magistrate Judge Mason

APPEARANCES ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY(S) FOR:

Defendant: City of Chicago

| (A) | (B) |
|---|---|
| SIGNATURE | SIGNATURE |
| NAME J. Ernest Mincy | NAME Diane S. Cohen |
| FIRM City of Chicago Department of Law | FIRM City of Chicago - Department of Law |
| STREET ADDRESS 30 North LaSalle Street, Room 900 | STREET ADDRESS 30 North LaSalle Street, Suite 900 |
| CITY/STATE/ZIP Chicago, Illinois 60602 | CITY/STATE/ZIP Chicago, Illinois 60602 |
| TELEPHONE NUMBER 312-742-0094 | TELEPHONE NUMBER (312) 744-2836 |
| IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) 06231142 | IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) 06199493 |
| MEMBER OF TRIAL BAR? YES X NO ☐ | MEMBER OF TRIAL BAR? YES ☒ NO ☐ |
| TRIAL ATTORNEY? YES X NO ☐ | TRIAL ATTORNEY? YES ☒ NO ☐ |
| | DESIGNATED AS LOCAL COUNSEL? YES ☐ NO ☒ |
| (C) | (D) |
| SIGNATURE Mara S Georges JEM | SIGNATURE |
| NAME Mara S. Georges | |
| FIRM City of Chicago - Department of Law | FIRM **FILED** |
| STREET ADDRESS 30 North LaSalle Street, Room 900 | STREET ADDRESS APR 1 4 2005 NF |
| CITY/STATE/ZIP Chicago, Illinois 60602 | CITY/STATE/ZIP |
| TELEPHONE NUMBER (312) 744-0221 | TELEPHONE NUMBER **MICHAEL W. DOBBINS CLERK, U.S. DISTRICT COURT** |
| IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) 06184749 | IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) |
| MEMBER OF TRIAL BAR? YES ☐ NO ☒ | MEMBER OF TRIAL BAR? YES ☐ NO ☐ |
| TRIAL ATTORNEY? YES ☐ NO ☒ | TRIAL ATTORNEY? YES ☐ NO ☐ |
| DESIGNATED AS LOCAL COUNSEL? YES ☐ NO ☒ | DESIGNATED AS LOCAL COUNSEL? YES ☐ NO ☐ |