# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

In the Matter of

Juan Johnson, Plaintiff

v.

Reynaldo Guevara and
CITY OF CHICAGO, Defendants

Case Number: 05 C 1042
JURY DEMAND

Judge Grady
Magistrate Judge Mason

APPEARANCES ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY(S) FOR:

**DEFENDANT REYNALDO GUEVARA**

FILED
MAY - 5 2005
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| (A) | (B) |
|---|---|
| SIGNATURE *[signed]* | SIGNATURE *[signed]* |
| NAME: ARLENE E. MARTIN | NAME: KATHRYN DOI |
| FIRM: CORPORATION COUNSEL'S OFFICE | FIRM: CORPORATION COUNSEL'S OFFICE |
| STREET ADDRESS: 30 N. LaSALLE ST., SUITE 1400 | STREET ADDRESS: 30 N. LaSALLE ST., SUITE 1400 |
| CITY/STATE/ZIP: CHICAGO, IL 60602 | CITY/STATE/ZIP: CHICAGO, IL 60602 |
| TELEPHONE NUMBER: (312) 744.6949 | TELEPHONE NUMBER: (312) 744.0742 |
| IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERS) 06189906 | IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) 06274825 |
| MEMBER OF TRIAL BAR? YES [X] NO [ ] | MEMBER OF TRIAL BAR? YES [ ] NO [X] |
| TRIAL ATTORNEY? YES [X] NO [ ] | TRIAL ATTORNEY? YES [X] NO [ ] |
| | DESIGNATED AS LOCAL COUNSEL? YES [ ] NO [X] |

| (C) | (D) |
|---|---|
| SIGNATURE | SIGNATURE |
| NAME: JOSEPH POLICK | NAME: |
| FIRM: CORPORATION COUNSEL'S OFFICE | FIRM: |
| STREET ADDRESS: 30 N. LaSALLE ST., SUITE 1400 | STREET ADDRESS: |
| CITY/STATE/ZIP: CHICAGO, IL 60602 | CITY/STATE/ZIP: |
| TELEPHONE NUMBER: (312) 742.0029 | TELEPHONE NUMBER: |
| IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) 06203682 | IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) |
| MEMBER OF TRIAL BAR? YES [ ] NO [ ] | MEMBER OF TRIAL BAR? YES [ ] NO [ ] |
| TRIAL ATTORNEY? YES [ ] NO [ ] | TRIAL ATTORNEY? YES [ ] NO [ ] |
| DESIGNATED AS LOCAL COUNSEL? YES [ ] NO [ ] | DESIGNATED AS LOCAL COUNSEL? YES [ ] NO [ ] |

**PLEASE COMPLETE IN ACCORDANCE WITH INSTRUCTIONS ON REVERSE.**