## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of

JUAN JOHNSON

v.

REYNALDO GUEVARA and the CITY OF CHICAGO

Case Number: 05 C 1042

Judge Grady

AN ADDITIONAL APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS

ATTORNEY FOR REYNALDO GUEVARA and the CITY OF CHICAGO

| | |
|---|---|
| NAME (Type or print) <br> Elizabeth A. Ekl | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/Elizabeth A. Ekl | |
| FIRM <br> JAMES G. SOTOS & ASSOCIATES, LTD. | |
| STREET ADDRESS <br> 550 East Devon, Suite 150 | |
| CITY/STATE/ZIP <br> Itasca, IL 60143 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 06242840 | TELEPHONE NUMBER <br> (630) 735-3300 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐    NO X |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐    NO X |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES X NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐    NO X |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |