Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John F. Grady | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 05 C 1042 | DATE | 1/27/2009 |
| CASE TITLE | Johnson vs. Guevara, et al. | | |

**DOCKET ENTRY TEXT**

Enter order. It is hereby ordered that defendants are granted leave to take the deposition of the following inmate on dates to be determined by the parties: Wilfredo Rosario (Inmate # 2008-0070228) at Cook County Jail, 2650 S. California Av., Chicago, IL 60608.

Docketing to mail notices.

| | Courtroom Deputy Initials: | JD |
|---|---|---|