IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| JUAN JOHNSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 05 C 1042 |
| | ) | |
| REYNALDO GUEVARA, and the CITY OF CHICAGO, | ) ) | Judge Grady<br>Magistrate Judge Mason |
| | ) | |
| Defendants. | ) | |

**AGREED MOTION *IN LIMINE* NO. 1**

**MOTION *IN LIMINE* TO BAR ALL NON-PARTY WITNESSES
FROM THE COURTROOM DURING TRIAL TESTIMONY**

Defendants City of Chicago and Reynaldo Guevara, by and through their attorneys, James G. Sotos and Elizabeth A. Ekl of James G. Sotos & Associates, Ltd., and Plaintiff Juan Johnson, by and through his attorney Jon Loevy of Loevy & Loevy, move this Honorable Court to exclude all witnesses (other than the parties) from the courtroom during the opening statements and testimony of any and all other witnesses.

Dated: April 20, 2009     by:     **/s Elizabeth A. Ekl**
                                                    ELIZABETH A. EKL, Attorney No. 06242840
                                                    One of the Attorneys for Defendants City of
                                                    Chicago and Reynaldo Guevara

JAMES G. SOTOS
ELIZABETH A. EKL
SARA M. CLIFFE
CHRISTINA S. WHITE
JAMES G. SOTOS & ASSOCIATES, LTD.
550 East Devon Avenue, Suite 150
Itasca, IL 60143-3156
(630) 735-3300
(630) 773-0980 (fax)

## CERTIFICATE OF SERVICE

I hereby certify, under penalties of perjury pursuant to 28 U.S.C.A. § 1746, that on **April 20, 2009,** I electronically filed the foregoing **Agreed Motion *in Limine* to Bar All Non-party Witnesses from the Courtroom During Trial Testimony** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following counsel of record: See Attached Service List.

RESPECTFULLY SUBMITTED,

**/s Elizabeth A. Ekl**
ELIZABETH A. EKL
One of the Attorneys for Defendants City of
Chicago and Reynaldo Guevara

JAMES G. SOTOS
ELIZABETH A. EKL
SARA M. CLIFFE
CHRISTINA S. WHITE
JAMES G. SOTOS & ASSOCIATES, LTD.
550 East Devon Avenue, Suite 150
Itasca, IL 60143-3156
(630) 735-3300
(630) 773-0980 (fax)
Attorney No. 06242840
eekl@jsotoslaw.com

## SERVICE LIST
*Johnson v. Guevara, et al.*, 05 C 1042

***Counsel for Plaintiff Juan Johnson:***

Jon I. Loevy
Arthur R. Loevy
Elizabeth N. Mazur
Russell R Ainsworth
LOEVY & LOEVY
312 North May Street
Suite 100
Chicago, Illinois 60607
(312) 243-5900
Email: jon@loevy.com
      loevy@loevylaw.com
      elizabethm@loevy.com
      russell@loevy.com

Thomas G. Gardiner
GARDINER KOCH & WEISBERG
53 West Jackson Boulevard
Suite 950
Chicago, IL 60604
(312) 362-0000
Email: tgardiner@gkw-law.com

Amanda C Antholt
SMITH, JOHNSON & ANTHOLT LLC
112 S. Sangamon Street, Suite 3F
3rd Floor
Chicago, IL 60607
(312) 432-0400
Email: amanda@lawsja.com

Daniel J. Stohr
222 North LaSalle Street
Suite 200
Chicago, IL 60601
(312) 726-1180
Email: djs7@sbcglobal.net

***Counsel for Defendant Reynaldo Guevara:***

Arlene Esther Martin
Geri Lynn Yanow
Joseph M. Polick
Kathryn M. Doi
CITY OF CHICAGO, DEPARTMENT OF LAW
30 North LaSalle Street
Suite 1400
Chicago, IL 60602
(312) 744-6949
Fax: 312.744.6566
Email: amartin@cityofchicago.org
      glyanow@cityofchicago.org
      jpolick@cityofchicago.org
      kdoi@cityofchicago.org

***Counsel for City of Chicago:***

Mara Stacy Georges
J Ernest Mincy, III
Diane S. Cohen
CITY OF CHICAGO, DEPARTMENT OF LAW
30 North LaSalle Street
Suite 900
Chicago, IL 60602
(312) 744-9010
Email: mgeorges@cityofchicago.org
      emincy@cityofchicago.org
      dcohen@cityofchicago.org