IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| JUAN JOHNSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 05 C 1042 |
| | ) | |
| REYNALDO GUEVARA, and the CITY | ) | Judge Grady |
| OF CHICAGO, | ) | Magistrate Judge Mason |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' MOTION *IN LIMINE* NO. 10**

**DEFENDANTS' MOTION *IN LIMINE* TO BAR EVIDENCE OR SUGGESTION
THAT DEFENDANT GUEVARA IS INDEMNIFIED**

Defendants Reynaldo Guevara and the City of Chicago ("City"), by their attorneys, James G. Sotos and Elizabeth A. Ekl of James G. Sotos & Associates, Ltd., move this Honorable Court for an Order *in limine* barring Plaintiff from offering any testimony, evidence, or argument indicating that Defendant Guevara may be indemnified by the City in this action. In support thereof, Defendants state:

Evidence is admissible at trial only if it makes the existence of any fact that is of consequence to the determination of the action more probable or less probable than it would be without the evidence. FED. R. EVID. 401; *People v. Lewis*, 165 Ill.2d 305, 329 (1995). Moreover, even when evidence is relevant, it should be excluded if its prejudicial effect substantially outweighs its probative value. FED. R. EVID. 403; *Id.*

Thus, the reasons for excluding other sources of payment for a judgment are twofold. First, the identity of possible sources to pay a judgment is not relevant to the issue of liability. *See Via v. Lagrand*, No. 03 C 3278, 2007 WL 495287, at *4 (N.D. Ill. Feb. 12, 2007) (holding

that evidence of indemnification is irrelevant), *and* FED. R. EVID. 411 (evidence of insurance coverage is irrelevant). Whether or not the City indemnifies Defendant Guevara is completely irrelevant to the issue of whether Defendant Guevara is liable for any acts he may have performed that proximately caused an injury to Plaintiff. Second, such information can be sufficiently prejudicial to deny a defendant a fair trial because it may influence a jury to find in favor of a plaintiff and further, to give the plaintiff a higher award than it otherwise would by reasoning that an insurance company, with "deep pockets" can afford a larger verdict. *Via v. Lagrand, supra; Townsend v. Benya*, 287 F.Supp.2d 868, 874 (N.D. Ill. 2003) (evidence of indemnification by the City is "too prejudicial to survive the Rule 403 balancing test); *see also, Saunders v. City of Chicago*, 320 F.Supp.2d 735, 738 (N.D. Ill. 2004).

Thus, Plaintiff should not be permitted to introduce evidence directly or indirectly that Defendant Guevara may be indemnified by the City because it is irrelevant and because it presents the very real danger of unfair prejudice. As the Seventh Circuit noted in *Lawson v. Trowbridge*, 153 F.3d 368, 379 (7th Cir. 1998): "In the general case courts exclude evidence of indemnification out of a fear that it will encourage a jury to inflate its damages award because it knows the government – not the individual defendants – is footing the bill." *See also, Larez v. Holcomb*, 16 F.3d 1513, 1518 (9th Cir. 1994) (holding that instructions to jury on indemnification in § 1983 action required new trial); *Green v. Baron*, 879 F.2d 305, 310 (8th Cir. 1989) (stating that instructions concerning indemnification are extremely prejudicial); *Griffin v. Hilke*, 804 F.2d 1052, 1057 (8th Cir. 1986) (declaring indemnification instructions to constitute reversible error).

WHEREFORE, Defendants respectfully request this Honorable Court enter an Order *in limine* consistent with the relief sought by this Motion.

Dated: April 23, 2009    By: **/s Elizabeth A. Ekl**
                ELIZABETH A. EKL, Attorney No. 06242840
                One of the Attorneys for Defendants City of Chicago
                and Reynaldo Guevara

JAMES G. SOTOS
ELIZABETH A. EKL
SARA M. CLIFFE
CHRISTINA S. WHITE
JAMES G. SOTOS & ASSOCIATES, LTD.
550 East Devon Avenue, Suite 150
Itasca, IL 60143-3156
(630) 735-3300
(630) 773-0980 (fax)

**CERTIFICATE OF SERVICE**

      I hereby certify, under penalties of perjury pursuant to 28 U.S.C.A. § 1746, that on **April 23, 2009,** I electronically filed the foregoing **Defendants' Motion *in Limine* to Bar Evidence or Suggestion that Defendant Guevara is Indemnified** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following counsel of record: See Attached Service List.

      RESPECTFULLY SUBMITTED,

      **/s Elizabeth A. Ekl**
      ELIZABETH A. EKL
      One of the Attorneys for Defendants City of Chicago
      and Reynaldo Guevara

JAMES G. SOTOS
ELIZABETH A. EKL
SARA M. CLIFFE
CHRISTINA S. WHITE
JAMES G. SOTOS & ASSOCIATES, LTD.
550 East Devon Avenue, Suite 150
Itasca, IL 60143-3156
(630) 735-3300
(630) 773-0980 (fax)
Attorney No. 06242840
eekl@jsotoslaw.com

**SERVICE LIST**
*Johnson v. Guevara, et al.*, 05 C 1042

*Counsel for Plaintiff Juan Johnson:*

Jon I. Loevy
Arthur R. Loevy
Elizabeth N. Mazur
Russell R Ainsworth
LOEVY & LOEVY
312 North May Street
Suite 100
Chicago, Illinois 60607
(312) 243-5900
Email: jon@loevy.com
loevy@loevylaw.com
elizabethm@loevy.com
russell@loevy.com

Thomas G. Gardiner
GARDINER KOCH & WEISBERG
53 West Jackson Boulevard
Suite 950
Chicago , IL 60604
(312) 362-0000
Email: tgardiner@gkw-law.com

Amanda C Antholt
SMITH, JOHNSON & ANTHOLT LLC
112 S. Sangamon Street, Suite 3F
3rd Floor
Chicago , IL 60607
(312) 432-0400
Email: amanda@lawsja.com

Daniel J. Stohr
222 North LaSalle Street
Suite 200
Chicago , IL 60601
(312) 726-1180
Email: djs7@sbcglobal.net

*Counsel for Defendant Reynaldo Guevara:*

Arlene Esther Martin
Geri Lynn Yanow
Joseph M. Polick
Kathryn M. Doi
CITY OF CHICAGO, DEPARTMENT OF LAW
30 North LaSalle Street
Suite 1400
Chicago , IL 60602
(312) 744-6949
Fax: 312.744.6566
Email: amartin@cityofchicago.org
glyanow@cityofchicago.org
jpolick@cityofchicago.org
kdoi@cityofchicago.org

*Counsel for City of Chicago:*

Mara Stacy Georges
J Ernest Mincy , III
Diane S. Cohen
CITY OF CHICAGO, DEPARTMENT OF LAW
30 North LaSalle Street
Suite 900
Chicago , IL 60602
(312) 744-9010
Email: mgeorges@cityofchicago.org
emincy@cityofchicago.org
dcohen@cityofchicago.org