```
 AF42
 XAV
 M/AF42AF53
 100291  0929
 IL016023G  OPR/DS  FUR/C  REQ/MADDEN,7
 NAM/JOHNSON,JUAN                SEX/M RAC/B DOB/010170


 SID/IL27587690  NAM/JOHNSON, JUAN              SEX/M
 RAC/B  DOB/01011970  HGT/601  WGT/310  HAI/BLK  EYE/BRN
 SKN/DRK   SMT/
 FPC/22120406061615040607  FBI/
 SOC/         CIR/IR833144    MNU/

 ALIAS NAME                        ALIAS DOB
    JOHNSON, JUAN M                   01011970

 TOTAL ARRESTS    2
 CHARGES CONV OFFENSE           CHARGES CONV OFFENSE
     1     0  HOMICIDE              1     0  DANGEROUS DRUGS

 LAST ARREST 091089 BY CHICAGO PD           CASE #
 FOR MURDER
  END OF LEADS RESPONSE




 AF42
 XAV
 M/AF42AF53
 CHF  100291  0929

 XAV NO REC LEADS NAM/JOHNSON,JUAN SEX/M RAC/B
 DOB/010170  END OF LEADS RESPONSE




 AF42
 XAV
 M/AF42AF53
 CHF  100291  0929

 NIC1  NCIC SLOW  END OF LEADS RESPONSE




 AF42
 XAV
 M/AF42AF53       REQ/MADDEN,7
 3L01XAVSDAF42AF53
 IL016023G
 THIS NCIC INTERSTATE IDENTIFICATION INDEX MULTIPLE RESPONSE IS THE
```



EXHIBIT B