```
 1   STATE OF ILLINOIS  )
                        ) SS.
 2   COUNTY OF C O O K  )

 3            IN THE CIRCUIT COURT OF COOK COUNTY
              COUNTY DEPARTMENT-CRIMINAL DIVISION
 4
     THE PEOPLE OF THE    )
 5   STATE OF ILLINOIS    )
                          )
                          )   Case No. 89-21806
 6        -vs-            )
                          )   Charge:  Murder
 7   JUAN JOHNSON and     )
     HENRY JOHNSON        )
 8

 9

10                POST-CONVICTION HEARING

11     REPORT OF PROCEEDINGS of the hearing before the

12   Honorable JAMES D. EGAN, on the 14th day of

13   September, 1998.

14
          APPEARANCES:
15
          HONORABLE RICHARD A. DEVINE,
16             State's Attorney of Cook County, by
          MR. HARRY SEMROW,
17             Assistant State's Attorney,
               for the People of the State of
18             Illinois;

19        MR. DANIEL STOHR,
               for the Defendant.
20

21
     Jamie F. Brown, CSR, Lic. #084-1665
22   Official Court Reporter
     2650 South California Avenue
23   Chicago, Illinois 60608

24
```

EXHIBIT A

1

```
 1   yes.  It does. Well, Mr. Franco can come in and
 2   testify to his own affidavit, Judge.
 3        MR. STOHR:  Very well. I'll move on, Judge.
 4        THE COURT:  All right.
 5        MR. STOHR:  Judge, I have no further questions
 6   of Mr. Juan Johnson at this time.
 7        THE COURT:  All right. Cross.
 8                 CROSS EXAMINATION
 9               By MR. SEMROW:
10   Q.   Mr. Johnson?
11   A.   Yes, sir.
12   Q.   You're also known as Chief, is that right?
13   A.   No, sir.
14   Q.   You were never known as Chief?
15   A.   No, sir.
16   Q.   Are you a member of a gang, Mr. Johnson?
17        MR. STOHR:  Objection, Judge. This is really
18   just an attempt to dirty up Mr. Johnson, to
19   prejudice Mr. Johnson in your eyes. Your Honor knows
20   that.
21        THE COURT:  I don't really see the relevancy as
22   to that.  So I'll sustain the objection.
23        MR. SEMROW:
24   Q.   Okay. You spoke with Mr. Stohr about your
```