Deposition of VIRGILIO MUNIZ, 3/11/2009

1      Q.    Yeah.

2      A.    -- you asking?

3            I don't know if they did or not.  I

4  was not there.

5      Q.    Okay.  Did you ever hear anything among

6  the Latin Eagles that there was supposed to be a

7  payment from the Spanish Cobras to Little Rook's

8  wife for the death?

9      A.    Did I -- I didn't hear that.

10     Q.    Do you have any knowledge that Sal

11  Ortiz was beat up in jail before he testified in

12  Juan Johnson's hearing?

13     A.    I wasn't -- I wasn't there, but I heard

14  he got a violation.

15     Q.    And a violation would be an internal

16  gang, it would be like from other Latin Eagles?

17     A.    Well, when you're in the penitentiary,

18  it's not like that.  It's like all the Latin Folks

19  supposed to be as one.

20     Q.    So the lines between the Latin Eagles

21  and the Cobras didn't exist while you were in the

22  penitentiary, you were all Folks?

23     A.    No.  Like what I'm saying, like whatever

24  happens in the street is supposed to stay out in

**EXHIBIT A**

Deposition of VIRGILIO MUNIZ, 3/11/2009

Page 64

1    the street.  Now, if you're a rat and you come in,

2    you know, they don't care if you're cool with them

3    or not, they're going to get you because you're a

4    tattle-tale.  Okay?

5                      Now, with the Eagles and Cobras

6    situation, whatever happens out in the street, as

7    far as like the war stuff, supposed to stay out on

8    the street, and then when you come locked up, you

9    supposed to be cool.

10        Q.    Okay.  So while you're -- while you're

11   locked up, you would still be a Latin Eagle and

12   somebody else could still be a Spanish Cobra, but

13   essentially you're all united because you're all

14   Folks.

15        A.    Yes.

16        Q.    Okay.  And so when you heard that Ortiz

17   got violated, would that have been something that

18   was done by other Latin Eagles?

19        A.    If there was Eagles around him, maybe

20   they could have violated him.  But if there was no

21   other Eagles around him, they would have got

22   another part of Folks to violate him.  It didn't

23   matter if it was a Cobra, a Maniac Latin Disciple.

24   You know what -- you know what I'm saying?

Deposition of VIRGILIO MUNIZ, 3/11/2009

1       Q.      Sure.  And so you don't know who it was

2    that violated Sal.

3       A.      I have no idea.

4       Q.      You don't, in fact, know if he was

5    violated, you just heard it.

6       A.      Exactly.

7       Q.      Did you hear what the violation -- why

8    he was being violated?

9       A.      What I -- what I heard was that he got

10   violated because he pointed out Juan and Henry in a

11   lineup.

12      Q.      In your conversation with him that you

13   mentioned earlier about his identification of

14   Juan --

15      A.      Um-hmm.

16      Q.      -- do you know, did that happen before

17   or after he was supposedly violated?

18      A.      I don't remember.  I'm -- I don't

19   recall.

20      Q.      Okay.  And, again, do you recall who it

21   was that told you that he'd been violated and that

22   it was for fingering Juan and Henry, or no?

23      A.      It could have been him.  It could have

24   been someone else.  I don't remember who told me.