```
 1   board.   Now which one was which I don't recall
 2   because that is the whole mix up thing now.
 3        Q    My question was did you say that though?
 4        A    Yeah, I said there.
 5        Q    You said that?
 6        A    Right.
 7        Q    Now, you told the ladies and gentlemen of the
 8   jury about a violation in the club that night?
 9        A    Right.
10        Q    As a gang member from the Latin Eagle street
11   gang what other things can you get violated for?
12        A    You can get violated for a lot of stuff.
13        Q    Can you get violated for testifying against
14   another gang member?
15        A    No.
16        Q    No?
17        A    No.
18        Q    Are there any repercussions to testifying
19   against another gang member?
20        A    No, I mean yeah you get banned from the
21   neighborhood, stuff like that, I mean it depends on
22   the consequences of the case.
23        Q    Did you get beat-up by a group of Spanish
24   Cobras after making this identification?
```

EXHIBIT B

1  A    Absolutely not.

2  Q    Now, after September of 1989 you made those
3  identifications, you told the detectives these are the
4  four guys, then fourteen months passed before you ever
5  told anybody else that as you claimed these
6  identifications were bogus?

7  A    No, that's not before I told anybody else.
8  I told everybody else in just in our mobs in our
9  meetings that we had after that.

10 Q    And I'm sure the next morning when you got up
11 after making those identifications you were so
12 overcome with guilt that you ran straight down the
13 police station and you told somebody hey wait a minute
14 I lied, right?

15 A    No.

16 Q    Did you ever go down to the police station
17 and tell the police that you identified the wrong
18 person?

19 A    No, I would have been laughed out of the
20 police station.

21 Q    You never went down there and tried to tell
22 anybody that you accused the wrong person of murder?

23 A    Not to the police station, no.

24 Q    No.