IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| JUAN JOHNSON, ) | |
| ) | |
| Plaintiff, ) | 05 C 1042 |
| ) | |
| v. ) | Judge Grady |
| ) | |
| REYNALDO GUEVARA, and the ) | |
| CITY OF CHICAGO, ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFF'S MOTION *IN LIMINE* NO. 14
TO BAR REFERENCES TO THE FACT THAT ONE OF THE LAW FIRMS
THAT REPRESENTS PLAINTIFF PREVIOUSLY RETAINED
<u>ONE OF DEFENDANTS' EXPERTS</u>**

NOW COMES Plaintiff, JUAN JOHNSON, by his counsel, and respectfully brings the following motion *in limine*.

### Discussion

The Defendants have retained Dr. Dinwiddie as their expert in this case on the subject of damages.

In the past, Mr. Johnson has never retained Dr. Dinwiddie. However, one of the law firms that presently represents Plaintiff (Loevy & Loevy) has previously retained him on one occasion.

When counsel tries to cross-examine this expert on Mr. Johnson's behalf, it would be unfair to Mr. Johnson to permit the Defendants to suggest that this expert somehow has the stamp of approval from Mr. Johnson's own counsel. That sort of circumstance is not relevant in any traditional (Federal Rules of Evidence) sense of relevance: Plaintiff's counsel is not a witness or a party in this case, and counsels' prior litigation decisions are not legitimately part of the trial. The danger of

unfair prejudice outweighs.[1]

As a final note, Dr. Dinwiddie revealed at his deposition that he also testified for the defense law firm on another occasion in the past. Accordingly, this motion would cut both ways.

WHEREFORE, the parties should be barred from referencing the fact that Dr. Dinwiddie has previously worked for the same law firms in this case.

RESPECTFULLY SUBMITTED,

_____
Attorneys for Plaintiff

Arthur Loevy
Jon Loevy
Russell Ainsworth
LOEVY & LOEVY
312 North May Street, Suite 100
Chicago, IL 60607
(312) 243-5900

Thomas G. Gardiner
GARDINER KOCH & WEISBERG
53 West Jackson Blvd., Suite 950
Chicago, Illinois 60604
(312) 362-0000

Daniel J. Stohr
222 North LaSalle Street
Chicago, Illinois 60601

---

[1] Plaintiff is not arguing that Defendants cannot reference the facts or circumstances involved in this other case to whatever extent they deem it relevant; all that Plaintiff seeks to bar is that his counsel was the one who retained this doctor in that particular case.

2