IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| JUAN JOHNSON, ) | |
| ) | |
| Plaintiff, ) | 05 C 1042 |
| ) | |
| v. ) | Judge Grady |
| ) | |
| REYNALDO GUEVARA, and the ) | |
| CITY OF CHICAGO, ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFF'S MOTION *IN LIMINE* NO. 16
TO BAR REFERENCES TO THE FACT THAT WITNESSES
HAVE BEEN INCARCERATED**

NOW COMES Plaintiff, JUAN JOHNSON, by his counsel, and respectfully brings the following motion *in limine*.

### Discussion

As set forth in Plaintiff's first motion *in limine*, Rule 609 prohibits the introduction of convictions unless they meet certain standards of admissibility. As far as Plaintiff can ascertain, there are no such convictions in this case.

It would be unfair to permit the defense to circumvent the purpose of Rule 609 by referencing the fact that a given witness has been incarcerated. Any such references should be barred. United States v. Gilmore, 454 F.3d 725, 727-28 (7th Cir. 2006) (district court granted a motion *in limine* to bar references to aáparty's prior incarceration); Smith ex rel. Smith v. Cook County, 2009 WL 961234, at *4-5 (N.D. Ill. Apr. 8, 2009) (same).

WHEREFORE, Defendants should be barred from referencing any prior incarceration by the witnesses in this case.

RESPECTFULLY SUBMITTED,

_____
Attorneys for Plaintiff

Arthur Loevy
Jon Loevy
Russell Ainsworth
LOEVY & LOEVY
312 North May Street, Suite 100
Chicago, IL 60607
(312) 243-5900

Thomas G. Gardiner
GARDINER KOCH & WEISBERG
53 West Jackson Blvd., Suite 950
Chicago, Illinois 60604
(312) 362-0000

Daniel J. Stohr
222 North LaSalle Street
Chicago, Illinois 60601