IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| JUAN JOHNSON, | ) |
| | ) |
| Plaintiff, | ) 05 C 1042 |
| | ) |
| v. | ) Judge Grady |
| | ) |
| REYNALDO GUEVARA, and the | ) |
| CITY OF CHICAGO, | ) |
| | ) |
| Defendants. | ) |

**PLAINTIFF'S MOTION *IN LIMINE* NO. 17
TO BAR REFERENCES TO DISCIPLINARY INFRACTIONS
RECEIVED BY PLAINTIFF WHILE INCARCERATED**

NOW COMES Plaintiff, JUAN JOHNSON, by his counsel, and respectfully brings the following motion *in limine*.

**Discussion**

Plaintiff's Illinois Department of Corrections (IDOC) records show that he received various disciplinary infractions during his incarceration. None of these administrative dispositions are relevant at trial, and they should be barred.

WHEREFORE, Defendants should be barred from referencing any disciplinary infractions received by Plaintiff in prison.

RESPECTFULLY SUBMITTED,

_____
Attorneys for Plaintiff

Arthur Loevy
Jon Loevy
Russell Ainsworth
LOEVY & LOEVY
312 North May Street, Suite 100
Chicago, IL 60607
(312) 243-5900

Thomas G. Gardiner
GARDINER KOCH & WEISBERG
53 West Jackson Blvd., Suite 950
Chicago, Illinois 60604
(312) 362-0000

Daniel J. Stohr
222 North LaSalle Street
Chicago, Illinois 60601