*Johnson v. Guevara*
Case No.     05 C 1042
Our File No.   2016

# EXHIBIT C

ORIGINAL

1

```
                IN THE UNITED STATES DISTRICT COURT
             FOR THE NORTHERN DISTRICT OF ILLINOIS
                          EASTERN DIVISION

JUAN JOHNSON,                        )
                                     )
            Plaintiff,               )
                                     )
      v.                             )  No. 05 C 1042
                                     )
REYNALDO GUEVARA and the CITY OF     )
CHICAGO,                             )
                                     )
            Defendants.              )
```

The deposition of **JUAN MANUEL JOHNSON**, taken pursuant to notice, before Mary Regis Griffey, CSR No. 84-004609, Certified Shorthand Reporter and a notary public within and for the County of McHenry, State of Illinois, at Suite 1260, 20 North Clark Street, Chicago, Illinois, on the **5th day of March 2007**.

APPEARANCES:

    MR. DANIEL J. STOHR - Telephonically
    Attorney at Law
    (222 North LaSalle Street, Suite 200
     Chicago, Illinois  60601)
        -and-
    GARDINER KOCH & WEISBERG, by
    MR. THOMAS G. GARDINER
    (53 West Jackson Boulevard, Suite 950
     Chicago, Illinois  60604)
      appeared on behalf of the plaintiff;

    JAMES G. SOTOS & ASSOCIATES, LTD., by
    MS. ELIZABETH EKL
    (550 East Devon Avenue, Suite 150
     Itasca, Illinois  60143)
      appeared on behalf of the defendants.

1  A.   I just knew he was a detective. I
2  really didn't -- back then I didn't know how that
3  stuff worked.
4  Q.   But you knew him to be a detective who
5  was frequently around in the neighborhood; correct?
6  A.   Yes.
7  Q.   Did you know where -- sorry.
8       Did you know where Guevara worked --
9  lived at that time?
10 A.   No. You talking about the time of the
11 case?
12 Q.   Right.
13 A.   No.
14 Q.   Do you know where he lives today?
15 A.   No. I'm talking about -- well, the
16 reason I asked that was because before that he used
17 to live Blanco's mom, Blanquito's mom. And so
18 that's why I asked just different time periods,
19 like a four-year period.
20 Q.   What time period did he live with
21 Blanquito's mom?
22 A.   It was early in the '80s, maybe '84,
23 '85.
24 Q.   And how is it -- well, first of all,

1  who is Blanquito?
2      A.   He was one of the guys. Me and him
3  grew up together. He was a couple years older, a
4  few years older than me. But we used to think that
5  Guevara was his dad. We didn't find out that it
6  was, like his stepdad. And now we were even wrong
7  about stepdad. He was just with his mom. But
8  back then on the street we all thought that was his
9  stepdad. Cause he was the one always coming around
10 and making Blancho leave the block and telling him
11 all sorts of things about Blanco.
12     Q.   Were you ever present when Guevara
13 would come around making Blanco leave the block?
14     A.   Yes.
15     Q.   And what types -- how would -- what
16 happened on those occasions?
17     A.   Most of the time, no matter what, he
18 wasn't just a man, he was a detective. He said to
19 leave the block, you left the block. You ride up
20 on you -- they don't even need to get out the car.
21 They ride up and say, Get the hell out of here, you
22 all going to get the hell out of here.
23     Q.   Now, Blanquito, was he a member of the
24 Spanish Cobras?

1  Q.   All right.  You have no reason to
2  believe that there's -- you don't have any more
3  evidence to believe that Guevara set you up any
4  more than you have that Spanky set you up, correct?
5  A.   Let me think.  The guy hated my guts.
6  He hated everyone from Artesian guts.  He told me
7  when I was younger that I was going to be in jail
8  by the time I was 21 for murder, which I got
9  convicted of when I was 21 for murder.  He said
10 dead or in jail.
11        He -- from the moment his stepson
12 got convicted of murder back in '87, he went on
13 vendetta just -- I think he locked 17 Cobras up for
14 murders within the next year or two.
15        He was solving crimes that the
16 police force -- you can get their own records here
17 or the record from -- use the blotter from the
18 state -- were open for six months to a year, but
19 Guevara got anonymous phone calls.  Guevara came up
20 eyewitnesses that no one else heard of a year later
21 and he closed those case.
22 Q.   You don't have any personal knowledge
23 of any of those things, correct?
24 A.   Actually, I got some of their files on

the Wrongfully Convicted. We -- we've been over Guevara for a long time. We got a lot of his records, a lot of different cases, a lot of case notes.

Q. Have you provided all of those things to your attorney?

A. I don't have possession of them. *Comite* is -- Guevara knows about it.

Q. But who is in possession of these documents the you're talking about?

A. The *comite* people.

Q. And are you planning --

A. They had every place where the *comite* -- where Guevara -- *comite* at the university. I think the University of Northeastern or Northwestern University took it. They -- they met up with the people from *comite*.

Q. Have you told your attorneys -- well, strike that.

Do you have any intention of providing that information to your attorneys to assist your case here today?

MR. GARDINER: We're going to ask him for it, if there's any additional information.