UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.2
Eastern Division

Juan Johnson
                                         Plaintiff,

v.                                                                                Case No.: 1:05−cv−01042
                                                                                  Honorable John F. Grady

Reynaldo Guevara, et al.
                                         Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, April 29, 2009:

      MINUTE entry before the Honorable John F. Grady:Motion in limine [166] is granted as to the parties' cases−in−chief. Motion in limine [167] is granted. Motion in limine [168] is granted. Motion in limine [169] is granted. Motion in limine [172] is granted. Motion in limine [175] is denied with respect to the live testimony of the expert witness (the report, however, will not be admitted). Motion in limine [176] is granted by agreement of the parties. Motion in limine [177] is granted, by agreement of the parties, as to the compensatory−damages phase of the trial. Motion in limine [178] is granted, by agreement of the parties. Motion in limine [179] is granted. Motion in limine [180] is granted, with the exceptions indicated in open court. Motion in limine [181] is granted. Motion in limine [182] is denied, by agreement of the parties. Motion in limine [183] is granted. Motion in limine [184] is granted, by agreement of the parties. Motion in limine [185] is granted, by agreement of the parties. Motion in limine [186] is granted. Motion in limine [187] is granted. Motion in limine [188] is granted, by agreement of the parties. Motion in limine [189] is granted. Motion in limine [190] is granted, but the court will permit evidence about the factual scenario without any "gang" references. Motion in limine [191] is granted. Motion in limine [192] is granted. Motion in limine [193] is granted. Motion in limine [194] is granted. Motion in limine [195] is granted. Motion in limine [196] is granted, by agreement of the parties. Motion in limine [198] is granted, with the exceptions agreed to by the parties as indicated in open court, and the court reserves ruling as to any prior arrests of one witness. Motion in limine [199] is granted. Motion in limine [200] is granted. Motion in limine [202] is granted, by agreement of the parties. Motion in limine [206] is granted. Motion hearing held on 4/29/2009 regarding motion in limine[191], motion in limine[185], motion in limine[194], motion in limine[189], motion in limine[198], motion in limine[166], motion in limine[172], motion in limine[176], motion in limine[196], motion in limine[180], motion in limine[184], motion in limine[200], motion in limine[192], motion in limine[202], motion in limine[170], motion in limine[168], motion in limine, [206], motion in limine[182], motion in limine[190], motion in limine[187], motion in limine, [167], motion in limine[181], motion in limine[175], motion in limine[188], motion in limine[178], motion in limine[169], motion in limine[177], motion in limine[186], motion in limine[193], motion in limine[183], motion in limine, [199], motion in limine[179], motion in limine[195].Mailed notice(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.