# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John F. Grady | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 05 C 1042 | **DATE** | 6/24/2009 |
| **CASE TITLE** | Juan Johnson vs. Guevara | | |

**DOCKET ENTRY TEXT**

ENTER FINDING AND DIRECTION PURSUANT TO RULE 54(b). Pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, judgment is hereby entered in favor of the plaintiff Juan Johnson and against the defendant Reynaldo Guevara in the amount of $21,015,000.00.

Docketing to mail notices.

| | Courtroom Deputy Initials: | JD |
|---|---|---|