IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| JUAN JOHNSON, | ) |
| | ) Appeal from the United States |
| Plaintiff, | ) District Court for the Northern |
| | ) District of Illinois, Eastern Division |
| v. | ) |
| | ) No. 05 C 1042 |
| REYNALDO GUEVARA, and the CITY OF CHICAGO, | ) |
| | ) The Honorable |
| | ) John F. Grady, |
| Defendants. | ) Judge Presiding |
| | ) |

NOTICE OF APPEAL

Defendant REYNALDO GUEVARA, by his attorney, Mara S. Georges, Corporation Counsel of the City of Chicago, hereby appeals to the United States Court of Appeals for the Seventh Circuit from the order of the United States District Court, Northern District of Illinois, Eastern Division, dated June 24, 2009 and entered on the docket on July 1, 2009, entering judgment in favor of the plaintiff Juan Johnson and against the defendant Reynaldo Guevara in the amount of $21,015,000.00 (R. 284). That judgment was entered pursuant to the district court's Finding and Direction Pursuant to Rule 54(b), dated June 24, 2009 and entered on the docket on July 1, 2009, which directed entry of judgment in favor of the plaintiff Juan Johnson and against defendant Reynaldo Guevara (R. 285).

By this appeal, defendant REYNALDO GUEVARA will ask the court of appeals to reverse the judgment of the district court, order a new trial, and grant

such other relief as defendant may be entitled to on this appeal.

                Respectfully submitted,

                MARA S. GEORGES
                Corporation Counsel
                  of the City of Chicago

By:   /s/ James G. Sotos

| | |
|---|---|
| BENNA RUTH SOLOMON | JAMES G. SOTOS, ARDC NO. 06191975 |
| Deputy Corporation Counsel | ELIZABETH A. EKL |
| MYRIAM ZRECZNY KASPER | SARA M. CLIFFE |
| Chief Assistant Corporation Counsel | CHRISTINA S. WHITE |
| 30 North LaSalle Street, Suite 800 | JAMES G. SOTOS & ASSOCIATES, LTD. |
| Chicago, Illinois 60602 | 550 East Devon Avenue, Suite 150 |
| (312) 744-7764/3564 | Itasca, Illinois 60143-3156 |
| | (630) 735-330 |

2

CERTIFICATE OF SERVICE

       The foregoing NOTICE OF APPEAL has been electronically filed on July 24, 2009. I certify that on July 24, 2009, I have caused the foregoing NOTICE OF APPEAL to be served on all counsel of record via CM/ECF electronic notice, and that a copy of the Notice of Appeal to be hand-delivered to the Chambers of the Hon. John F. Grady.

                                      /s/ James G. Sotos
                                      JAMES G. SOTOS, ARDC NO. 06191975
                                      ELIZABETH A. EKL
                                      SARA M. CLIFFE
                                      CHRISTINA S. WHITE
                                      JAMES G. SOTOS & ASSOCIATES, LTD.
                                      550 East Devon Avenue, Suite 150
                                      Itasca, Illinois 60143-3156
                                      (630) 735-3300