

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| JUAN JOHNSON, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) No. 05 C 1042 |
| | ) 05cv1042 |
| REYNALDO GUEVARA, and the CITY OF CHICAGO, | ) Judge Grady ) Magistrate Judge Mason ) |
| Defendants. | ) ) |

**FILED**
Sep 2, 2009
SEP - 2 2009 JH
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

### TRANSCRIPT REDACTION REQUEST

Now comes, DEFENDANT REYNALDO GUEVARA, by and through his attorneys, JAMES G. SOTOS and CHRISTINA S. WHITE of JAMES G. SOTOS & ASSOCIATES, LTD., and files this Transcript Redaction Request pursuant to Federal Rules of Procedure 5.2. The redaction policy requires redaction of the names of minor children from the transcripts made electronically available. It is requested that consistent with the policy, the following information be redacted prior to the transcript being made remotely electronically available:

| PROCEEDING DATE | TRANSCRIPT DOCKET NO. | PAGE NO. | LINE NO. | TYPE OF IDENTIFIER: | REDACTION REQUESTED: |
|---|---|---|---|---|---|
| June 8, 2009 | 313 | 47 | 5 | name of minor | B.W. |
| June 8, 2009 | 313 | 47 | 6 | name of minor | B.W. |
| June 8, 2009 | 313 | 47 | 10 | name of minor | B.W. |
| June 8, 2009 | 313 | 47 | 11 | name of minor | B.W. |
| June 9, 2009 | 314 | 439 | 21 | name of minor | B.W. |
| June 9, 2009 | 314 | 439 | 22 | name of minor | B.W. |
| June 9, 2009 | 314 | 439 | 23 | name of minor | B.W. |
| June 9, 2009 | 314 | 447 | 9 | name of minor | B.W. |
| June 9, 2009 | 314 | 447 | 11 | name of minor | B.W. |

| PROCEEDING DATE | TRANSCRIPT DOCKET NO. | PAGE NO. | LINE NO. | TYPE OF IDENTIFIER: | REDACTION REQUESTED: |
|---|---|---|---|---|---|
| June 10, 2009 | 315 | 479 | 16 | name of minor | B.W. |
| June 16, 2009 | 318 | 1624 | 21 | name of minor | B.W. |

The undersigned understands that redactions other than the personal identifiers listed above require that a separate Motion to Redact Transcript be filed with the court.

Date: September 2, 2009

Respectfully submitted,

*[signature]*

James G. Sotos
Elizabeth A. Ekl
Sara M. Cliffe
Christina S. White
JAMES G. SOTOS & ASSOCIATES, LTD.
550 East Devon Avenue, Suite 150
Itasca, IL 60143-2632
(630) 735-3300
(630) 773-0980 (fax)
Attorney No. 06288703
cwhite@jsotoslaw.com
*One of the Attorneys for Defendants Reynaldo Guevara and City of Chicago*

2

STATE OF ILLINOIS )
) SS.
COUNTY OF DU PAGE )

### CERTIFICATE OF SERVICE

I hereby certify that on Wednesday, September 2, 2009, I filed the foregoing Transcript Redaction Request with the Clerk of the Court, and served the attorneys of record via facsimile and U.S. mail at 550 East Devon, Suite 150, Itasca, Illinois on September 2, 2009, by 5:30 p.m.

/s/ *[signature]*
James G. Sotos
Elizabeth A. Ekl
Sara M. Cliffe
Christina S. White
JAMES G. SOTOS & ASSOCIATES, LTD.
550 East Devon Avenue, Suite 150
Itasca, IL 60143-2632
(630) 735-3300
(630) 773-0980 (fax)
Attorney No. 06288703
cwhite@jsotoslaw.com
*One of the Attorneys for Defendants Reynaldo Guevara and City of Chicago*

3