MHN

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| JUAN JOHNSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No. 05 C 1042 |
| | ) |
| REYNALDO GUEVARA, and the CITY | ) Judge Grady |
| OF CHICAGO, | ) Magistrate Judge Mason |
| | ) |
| Defendants. | ) |

### AGREED ORDER

IT IS HEREBY ORDERED THAT Defendants are granted leave to remove the box of exhibits from the district court and redact them pursuant to Federal Rule of Civil Procedure 5.2 in accordance with the Order dated August 21, 2009 of the United Sates Court of Appeals for the Seventh Circuit which granted Defendant REYNALDO GUEVARA's Motion Concerning Trial Exhibits.

ENTER: _John F. Grady_
The Honorable Judge Grady
United States District Judge

DATED: 9-14-2009

JAMES G. SOTOS
ELIZABETH A. EKL
CHRISTINA S. WHITE
JAMES G. SOTOS & ASSOCIATES, LTD.
550 East Devon Avenue, Suite 150
Itasca, IL 60143
(630) 735-3300
(630) 773-0980

No. 09-2883

IN THE
UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

| | | |
|---|---|---|
| JUAN JOHNSON, | ) | Appeal from the United States |
| | ) | District Court for the Northern |
| Plaintiff-Appellant, | ) | District of Illinois, Eastern Division |
| | ) | |
| v. | ) | No. 05 C 01042 |
| | ) | |
| REYNALDO GUEVARA, | ) | The Honorable |
| | ) | John F. Grady, |
| Defendant-Appellant. | ) | Judge Presiding |

U.S.C.A. — 7th Circuit
FILED
AUG 21 2009
GINO J. AGNELLO
CLERK

U.S.C.A. — 7th Circuit
RECEIVED
AUG 21 2009 JIR
GINO J. AGNELLO
CLERK

## MOTION CONCERNING TRIAL EXHIBITS

Defendant-Appellant Reynaldo Guevara, by his attorney, Mara S. Georges, Corporation Counsel of the City of Chicago, hereby moves for an order allowing the City to withdraw the exhibits in order to make certain redactions, or, in the alternative, for an order directing the clerk of this court to return the exhibits to the district court. In support of the motion, Guevara states as follows:

1. After a trial, a jury returned a verdict for plaintiff and against Guevara. The district court entered judgment pursuant to Fed. R. Civ. P. 54(b), and Guevara filed a notice of appeal on July 24, 2009. R. 304. Briefing of the appeal has been suspended by order of this court. As required by 7th Cir. R. 10(a), Guevara tendered exhibits to the district court for filing, to be included in the record on appeal, along with an exhibit list. R. 309. As a result, one box of exhibits was transmitted to this court as part of the record.

2.  Fed. R. Civ. P. 5.2(a)(1) provides that unless the court orders otherwise, in filings that contain "an individual's social security number, taxpayer identification number, or birth date, the name of an individual known to be a minor, or a financial account number, a party or nonparty making the filing may include only (1) the last four digits of the social-security number and taxpayer-identification number; (2) the year of the individual's birth; (3) the minor's initials; and (4) the last four digits of the financial account number." Fed. R. Civ. P. 5.2(a). We have ascertained that the exhibits that were tendered to the district court for filing, which were then transmitted to this court, were not redacted in this manner.

3.  For this reason, we now seek leave from this court to withdraw the box of exhibits, so that we may make any necessary redactions and then return them to this court. In the alternative, we request that this court order the clerk to return the box of exhibits to the district court, so that we may take steps in that court to have them removed and replaced with redacted copies.

4.  Counsel for plaintiff agrees that these redactions should be made.

Respectfully submitted,

MARA S. GEORGES
Corporation Counsel
of the City of Chicago

By: _____
MYRIAM ZRECZNY KASPER
Chief Assistant Corporation Counsel
BENNA RUTH SOLOMON
Deputy Corporation Counsel
30 North LaSalle Street, Room 800
Chicago, Illinois 60602
312-744-3564/7764

## CERTIFICATE OF SERVICE

I certify that I served the attached Motion Concerning Trial Exhibits by placing copies in envelopes with sufficient postage affixed and directed to the persons named below, at the addresses indicated, and depositing those envelopes in the United States mail box before 5:00 p.m. on August 21, 2009.

MYRIAM ZRECZNY KASPER, Attorney

Persons served:

Thomas Gardiner
Ryan McPhail
Gardiner, Koch & Weisberg
53 West Jackson Boulevard, Suite 950
Chicago, Illinois 60604
312-362-0000

Daniel J. Stohr
222 North LaSalle Street, Suite 200
Chicago, Illinois 60601
312-726-1180

Jon Loevy
Elizabeth Mazur
Russell Ainsworth
Dan Twetten
Loevy & Loevy
312 North May Street, Suite 100
Chicago, Illinois 60640
312-243-5900

# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORDER

August 28, 2009

BEFORE

DIANE S. SYKES, Circuit Judge

| No.: 09-2883 | JUAN JOHNSON,<br>Plaintiff - Appellee<br><br>v.<br><br>REYNALDO GUEVARA,<br>Defendant - Appellant |
|---|---|
| **Originating Case Information:** ||
| District Court No: 1:05-cv-01042<br>Northern District of Illinois, Eastern Division<br>District Judge John F. Grady ||

Upon consideration of the **MOTION CONCERNING TRIAL EXHIBITS**, filed on August 21, 2009, by counsel for the appellant,

**IT IS ORDERED** that the motion is **GRANTED** to the extent that the clerk of this court shall return the 1 box of paper exhibits to the district court.