IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| JUAN JOHNSON, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) No. 05 C 1042 |
| REYNALDO GUEVARA, and the CITY OF CHICAGO, | ) Judge Grady ) Magistrate Judge Mason |
| Defendants. | ) ) |

### AGREED ORDER

IT IS HEREBY ORDERED THAT Defendant Reynaldo Guevara's Unopposed Motion for An Extension of Time to Reply in Support of His Rule 59 Motion for a New Trial (Dkt. No. 348) is GRANTED.

IT IS FURTHER ORDERED THAT Defendant Guevara's Reply shall be filed by October 28, 2009 and Plaintiff's Sur-reply shall be filed by November 4, 2009.

ENTER: _____
THE HONORABLE JUDGE GRADY
UNITED STATES DISTRICT JUDGE

Dated: 10-13-2009

JAMES G. SOTOS
SARA M. CLIFFE
JAMES G. SOTOS & ASSOCIATES, LTD.
550 E. Devon Avenue, Suite 150
Itasca, IL 60143
(630) 735-3300
Fax No. (630) 773-0980