```
              IN THE UNITED STATES DISTRICT COURT
          NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

JUAN JOHNSON,                          )
                                       )
          Plaintiff,                   )    05 C 1042
                                       )
          v.                           )    Judge Grady
                                       )
REYNALDO GUEVARA, and the              )
CITY OF CHICAGO,                       )
                                       )
          Defendants.                  )
```

**PLAINTIFF'S PETITION (NOT CONTESTED)**
**FOR ATTORNEYS' FEES AND COSTS**

Now comes Plaintiff, JUAN JOHNSON, by his counsel, Loevy & Loevy, pursuant to 42 U.S.C. § 1988 and Federal Rule of Civil Procedure 54(d), and petitions for attorneys' fees and costs in this matter. In support, Plaintiff states as follows.

    1. Plaintiff won a jury trial in this matter. Judgment was entered by this Court on the jury's verdict.

    2. Defendants appealed the jury verdict, but the matter was subsequently settled in its entirety with the assistance of a mediator in the Seventh Circuit. The appeal has been dismissed and settlement papers are in the process of being executed.

    3. With respect to attorneys' fees, the parties engaged in the meet and confer process contemplated by Local Rule 54.3.

4. In the interest of avoiding further expenditure of attorneys' fees and costs in litigating the appropriate amount of attorneys' fees and costs, Plaintiff and the City have eliminated all remaining disputes on that subject. Accordingly, Plaintiff hereby submits the Statement of Fees and Costs attached as Exhibit A.

5. The City does not contest the appropriateness of the fees and costs sought in the Statement of Fees and Costs. Those amounts are reasonable, and should be approved by the Court.

WHEREFORE, Plaintiff respectfully requests this Honorable Court enter an Order granting Plaintiff's attorneys fees and costs pursuant to 42 U.S.C. § 1988 and Federal Rule of Civil Procedure 54(d) as set forth in the Statement attached hereto as Exhibit A.

RESPECTFULLY SUBMITTED,

/s/ Jon Loevy

Arthur Loevy
Jon Loevy
LOEVY & LOEVY
312 North May Street
Suite 100
Chicago, IL 60607
(312) 243-5900

### CERTIFICATE OF SERVICE

I, Elizabeth Mazur, an attorney, certify that on August 9, 2010, I served a copy of this motion on all counsel of record via the Court's ECF system.

/s/Elizabeth Mazur